UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CECIL COOLEY, JR.                                                                                       PLAINTIFF

V.                                                                      CIVIL ACTION NO. 4:11CV44 DPJ-FKB

WAYNE COUNTY SCHOOL DISTRICT
BOARD OF EDUCATION, ET AL.                                                                    DEFENDANTS

ORDER

This cause came on this date to be heard upon the Report and Recommendation of Magistrate Judge F. Keith Ball, who recommended denial of Plaintiff's motion to proceed *in forma pauperis* and directed Plaintiff to pay the filing fee by August 2, 2011.

The Court, having fully reviewed the unopposed Report and Recommendation [5] entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.  Plaintiff's motion to proceed *in forma pauperis* [2] is denied.

Plaintiff is given until August 2, 2011 to pay the filing fee in this case.  Failure to do so will result in dismissal of this action without prejudice with no further notice to Plaintiff.

**SO ORDERED AND ADJUDGED** this the 24th day of May, 2011.

                                                                                  s/ *Daniel P. Jordan III*
                                                                                  UNITED STATES DISTRICT JUDGE